# Court of Appeals
# of the State of Georgia

ATLANTA,  March 09, 2023

*The Court of Appeals hereby passes the following order:*

**A23A1084. THE STATE v. GRABLE RHYMES.**

The trial court granted defendant Grable Rhymes's motion to set bond, and the State filed this direct appeal, purporting to appeal pursuant to OCGA § 5-7-1 (a) (6). We, however, lack jurisdiction.

Pretermitting whether the State is entitled to appeal an order granting bond under OCGA § 5-7-1 (a) (6), to appeal a non-final order, the State must follow the interlocutory appeal procedures – including obtaining a timely certificate of immediate review. See OCGA § 5-7-2 (a); *State v. Outen*, 289 Ga. 579, 580-581 (714 SE2d 581) (2011). Here, the trial court's order for bond is not a final order. Because the State failed to follow the required appellate procedure, this direct appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  03/09/2023*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*